IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND STROBEL,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN, CALIFORNIA MEN'S COLONY,<br><br>    Respondents. | No. C 07-4448 JSW (PR)<br><br>**JUDGMENT** |

The Court has dismissed this pro se petition without prejudice. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: September 5, 2007

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

RAYMOND MICHAEL STROBEL,

        Plaintiff,

  v.

CALIFORNIA MENS COLONY STATE PRISON et al,

        Defendant.

Case Number: CV07-04448 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond Michael Strobel
F68241
California Mens Colony State Prison
P.O. Box 8101
San Luis Obispo, CA 93409

Dated: September 5, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk